THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-108-RAJ |
| Plaintiff, | |
| v. | ORDER EXTENDING PRETRIAL MOTIONS DEADLINE |
| JAIED GAGE WILLIAMS, | |
| Defendant. | |

THE COURT having considered the unopposed motion to extend the pretrial motions deadline in this case (Dkt. #16), and the records and files herein, makes the following findings:

1. The requested extension is reasonable and necessary in this case to afford counsel time to review and synthesize discovery, perform independent investigation, conduct legal research, consult with Mr. Williams, and draft motions.

2. The ends of justice will be served by extending the pretrial motions deadline to May 17, 2017.

///
///
///
///
///
///

ORDER EXTENDING
PRETRIAL MOTIONS DEADLINE
(*USA v. Jaied Williams*; CR17-108RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion (Dkt. #16) is GRANTED. All pretrial motions, including motions in limine, shall be filed no later than May 17, 2017.

DATED this 5th day of May, 2017.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER EXTENDING
PRETRIAL MOTIONS DEADLINE
(*USA v. Jaied Williams*; CR17-108RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**