THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-108-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENSE MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |
| JAIED GAGE WILLIAMS, | |
| Defendant. | |

The Court has considered defense counsel's Motion to Withdraw as Counsel and Request for Appointment of New Counsel, counsel's *ex parte* declaration in support of that motion, has heard from Defendant and defense counsel in *ex parte* proceedings on this date, and has considered the record in this case. Finding good cause,

IT IS ORDERED that defense counsel's Motion to Withdraw as Counsel and Request for Appointment of New Counsel (Dkt. #21) is GRANTED. The Federal Public Defender and Assistant Federal Public Defender Vanessa Pai-Thompson, are permitted to withdraw as defense counsel upon appointment of successor counsel in this matter, and new defense counsel from the CJA Panel shall be appointed to represent the defendant.

Withdrawing counsel shall immediately notify the CJA Panel coordinator.

DATED this 28th day of August, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENSE MOTION TO
WITHDRAW AS COUNSEL & FOR
APPOINTMENT OF NEW COUNSEL
(*Jaied Williams;* CR17-108RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100