1 | The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) NO. CR17-0108RAJ |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER CONTINUING TRIAL DATE |
|  | ) AND EXTENDING PRETRIAL |
| JAIED GAGE WILLIAMS, | ) MOTIONS DEADLINE |
| Defendant. | ) |

THE COURT has considered the unopposed motion of Defendant Williams to continue the trial date and finds that:

1. Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

2. Failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

3. The additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

ORDER CONTINUING
TRIAL DATE AND EXTENDING
PRETRIAL MOTIONS DEADLINE - 1
*U.S.A. v. Williams /* CR17-0108RAJ

4. The ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

5. The additional time requested between the current trial date of November 13, 2017 and January 8, 2018, is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above.

IT IS THEREFORE ORDERED that the Defendant's unopposed motion to continue trial date (Dkt. #28) is GRANTED. The trial date is continued from November 13, 2017 to January 8, 2018.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date of January 8, 2018, is excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

All pretrial motions, including motions in limine, shall be filed no later than November 30, 2017.

DATED this 30th day of October, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge